UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

KEYNEL KNIGHT                              CIVIL ACTION

VERSUS                                     NO: 08-4721

N. BURL CAIN, WARDEN                       SECTION: R(5)

**<u>ORDER AND REASONS</u>**

Having reviewed *de novo* the Petition for Writ of Habeas Corpus, the applicable law, the Magistrate Judge's Report and Recommendation, and petitioner's objections thereto, the Court hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. The Court writes separately only to clarify the deadline for petitioner's filing with the Louisiana Supreme Court.

The Magistrate's Report and Recommendation determined that petitioner's habeas application was untimely filed as petitioner's one-year AEDPA limitations period expired when petitioner failed to file a timely writ application with the Louisiana Supreme Court, seeking review of the Louisiana Fourth Circuit Court of Appeal's denial of petitioner's claims for post-conviction relief. In the Objection to the Magistrate's Report and Recommendation, petitioner asserts that his writ application to the Louisiana Supreme Court was timely filed. Specifically, the petitioner correctly points out that November 12, 2007, was a

national holiday and the last day for a timely filing with the Louisiana Supreme Court would have been November 13, 2007.

For purposes of the AEDPA, the prison mailbox rule applies to pleadings sent to a Louisiana state court. *Causey v. Cain*, 450 F.3d 601, 604-05 (5th Cir. 2006). The prison mailbox rule considers an incarcerated pro se petitioner's papers filed "when they are deposited in the prison mail system." *Howland v. Quarterman*, 507 F.3d 840, 844 (5th Cir. 2007).

Petitioner's writ to the Louisiana Supreme Court was deposited in the prison mail system on November 14, 2007, one day after the last day for a timely filing with the court. Therefore, petitioner's writ application was untimely filed, regardless if the deadline was November 12, 2007, as the Magistrate Report and Recommendation posits, or November 13, 2007, as this Court now finds.

Accordingly, it is ordered that petitioner's habeas corpus petition be DISMISSED with prejudice.

New Orleans, Louisiana, this __30th__ day of September, 2009.

_____Sarah Vance_____

SARAH S. VANCE

UNITED STATES DISTRICT JUDGE